[No. 3605–II. Division Two. January 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS PRIOR, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–6131, Hewitt A. Henry, J., entered July 14, 1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 3746–II. Division Two. January 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES FALCK, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4306, Gerald B. Chamberlin, J., entered September 21, 1978. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 3160–8–III. Division Three. January 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK NATHANIEL CUNNINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26553, William J. Grant, J., entered October 17, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 3201–9–III. Division Three. January 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT JOSEPH ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26407, Richard P. Guy, J., entered December 8, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.